CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

JAN 07 2019

JULIA C. DUDLEY, CLERK
BY: /s/ A. Beeson
DEPUTY CLERK

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF VIRGINIA
## Charlottesville Division

---

| | |
|---|---|
| Brothers Franchising & Development, LLC, | Civil No. 3:18-cv-00039 |
| Plaintiff, | |
| v. | **ORDER FOR DISMISSAL** |
| Brother's Bar & Grill LLC, | |
| Defendant. | |

---

## ORDER

Based upon the Stipulation of Dismissal filed by the parties on January 2, 2019 (Dkt. No. 21),

**IT IS HEREBY ORDERED** that this action is **DISMISSED WITHOUT PREJUDICE**, and each party will bear its own costs and attorneys' fees.

Dated: January 7th, 2019

/s/ Glen E. Conrad
Glen E. Conrad
Senior United States District Judge

65589686.1